### JOHNSON v. WISSNER.

(Supreme Court, Appellate Term, Second Department. March 27, 1915.)

Action by Johnson against Wissner. Judgment for plaintiff, and defendant appeals. Reversed, and complaint dismissed.

PER CURIAM. Judgment of Municipal Court reversed, with costs, and complaint dismissed, with costs, upon the ground that the court did not have jurisdiction of the action. Section 139 of the Municipal Court Act (Laws 1902, c. 580); Seabott v. Wanamaker, 150 N. Y. Supp. 223, 164 App. Div. 531. No opinion.